EDWIN T. CORNELL, Respondent, *v.* LILLIAN R. CHILD
et al., Respondents, and CHARLES PURDY et al.,
Appellants.

*Cornell* v. *Child*, 170 App. Div. 240, affirmed.

(Argued October 8, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 17, 1915, affirming a judgment in
favor of plaintiff and defendants, respondents, entered
upon a decision of the court on trial at Special Term.
The action was for partition of real property of which
one Ella L. Cornell died seized. The rights of the
descendants of three sisters, Sarah, Elizabeth and Ann
Theall, are involved. William Cornell first married
Sarah, by whom he had two sons, William T. Cornell
(who in 1907 deceased, leaving as only issue Lillian R.
Child and Florence C. Kent) and Edwin T. Cornell,
the plaintiff herein. After Sarah's death, William
Cornell married as his second wife Elizabeth Theall, by
whom he had three children, Fred L. Cornell, Frank
S. Cornell and a daughter, Ella L. Cornell. Eliza-
beth Cornell was seized of the lands here in question.
She died in 1892, intestate, so that the lands subject of
this suit for partition descended to her three children
aforesaid, each having a third interest, as tenant in
common. These children have now all died. Ella's
interest became increased by devise and descent from
her brothers. By lapse of certain provisions of the will
of Ella Cornell, a case of partial intestacy has arisen as
to one-half of her residuary estate. The respondents
claim that this inheritance passed to her brother of the
half blood, plaintiff Edwin T. Cornell, with her nieces of
the half blood, Lillian R. Child and Florence C. Kent,
daughters of the deceased half brother William T. Cornell.
The descendants of Ann Theall, by her marriage with
Thomas Purdy, also claim an equal share in the property
as to which Ella L. Cornell died intestate. The court

at Special Term found and determined that the plaintiff, Edwin T. Cornell, and the defendants Lillian R. Child and Florence C. Kent inherit the property which descended to Ella Cornell directly from her ancestor Elizabeth Cornell, as to which Ella Cornell died intestate, through their kinship of the half blood, under section 90 of the Decedent Estate Law.

*Eben H. P. Squire* for appellants.

*Burton C. Meighan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.